UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY RICE CAMERON,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and ESCREEN, INC.,<br><br>    Defendants. | Civil Action No.: 1:12-cv-12149-JLT |

### **DEFENDANT ESCREEN, INC.'S LOCAL RULE 26.1(B)(2) STATEMENT**

Pursuant to Local Rule 26.1(B)(2) and the Court's Modified Discovery Order of January 23, 2013, Defendant eScreen, Inc., hereby states as follows:

(a) The following is a list of all person now known to the defendant or the defendant's attorneys who witnessed the transaction or occurrence giving rise to the claim or otherwise is known or believed to have substantial discoverable information about the claims or defenses, together with a statement of the subject and a brief summary of that information:

| WITNESS | SUBJECTS AND INFORMATION |
|---|---|
| Lindsey Nicholson<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>    & PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Stephen Kracht, D.O.<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>    & PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. Knowledge of eScreen communication to Wal-Mart concerning Cameron's drug test. |

4672688

| WITNESS | SUBJECTS AND INFORMATION |
|---|---|
| Vanessa Farnsworth<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Michaela Marine<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Ashley Foster<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Joshua Magill<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Jeanne Smith<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Terresa Brewer<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. Knowledge of eScreen communication to Wal-Mart concerning Cameron's drug test. |
| Leticia Lugo<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Scott Plauche<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |

| WITNESS | SUBJECTS AND INFORMATION |
|---|---|
| David Steitz<br>c/o Brian M. Haney, Esq.<br>PRETI FLAHERTY BELIVEAU<br>& PACHIOS LLP | Knowledge of a communication(s) with Cameron concerning either Cameron's drug test and/or Cameron's attempts to obtain her medical records, if any. |
| Shirley Rice Cameron | Knowledge of the factual and legal claims asserted in Complaint. |
| Shirley Rice Cameron health care providers | Cameron medical conditions, if any. Cameron alleged use of prescription medication, if any. |

(b) The following is a list of all opposing parties, and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the defendant regarding the subject matter of the claims or defenses.

　　None.

(c) The following is a list of all governmental agencies or officials now known to the defendant or the defendant's attorneys to have investigated the transaction or occurrence giving rise to the claims or defenses.

　　None.

Signed under the penalties of perjury this 14th day of February, 2013:

ESCREEN, INC.,

_____
By: Todd Chiaramida
Title: Counsel

Respectfully submitted,

ESCREEN, INC.,
by its attorneys,

/s/ Brian M. Haney
William C. Saturley, BBO #: 442800
Brian M. Haney, BBO #: 661674
PRETI FLAHERTY BELIVEAU
 & PACHIOS LLP
10 Post Office Square
Boston, MA 02109
(P): 617-226-3800
wsaturley@preti.com
bhaney@preti.com

Dated: February 14, 2013

## CERTIFICATE OF SERVICE

I, Brian M. Haney, counsel for Defendant ESCREEN, Inc., hereby certify that on this 14th day of February 2013, the foregoing *Defendant eScreen, Inc.'s Local Rule 26.1(B)(2) Statement*, was filed electronically through the ECF filing system and that copies of this pleading shall therefore be automatically delivered to all registered participants as identified on the Notice of Electronic Filing. I further certify that paper copies of the foregoing pleading shall be served on all individuals identified as non-registered participants.

/s/ Brian M. Haney
Brian M. Haney