UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY RICE CAMERON,<br><br>    PLAINTIFF<br><br>V.<br><br>ESCREEN, INC.,<br><br>    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:12-cv-12149-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED FACTS

The Parties submit the following stipulated facts for presentation to the Court and jury:

1. Defendant, eScreen, is a Delaware corporation.

2. The Plaintiff was employed by Wal-Mart from November 1, 2005 through July 29, 2011.

3. Plaintiff suffered a workplace injury on June 26, 2011.

4. eScreen conducted a drug screening examination on the Plaintiff on June 27, 2011 at the request of Wal-Mart.

5. The drug screening examination conducted by eScreen with respect to the Plaintiff returned a positive result for the presence of certain opiates.

6. eScreen reported the positive results of the test to Wal-Mart on July 26, 2011.

7214037.1

| | |
|---|---|
| Respectfully submitted, | |
| SHIRLEY RICE CAMERON,<br>by her attorney, | ESCREEN, INC.,<br>by its attorneys, |
| */s/ Paul R. Chomko*<br>Paul R. Chomko, BBO #: 637716<br>paul@alfordbertrand.com<br>Alford & Bertrand, LLC<br>60 Arsenal Street<br>P.O. Box 322<br>Watertown, Massachusetts 02471-0322<br>(617)-926-8800 | */s/ Daniel R. Sonneborn*<br>William C. Saturley, BBO #: 442800<br>wsaturley@preti.com<br>Daniel R. Sonneborn, BBO #: 679229<br>dsonneborn@preti.com<br>Preti Flaherty Beliveau & Pachios LLP<br>10 Post Office Square<br>Boston, MA 02109<br>(P): 617-226-3800<br>(F): 617-226-3801 |

DATED: September 15, 2014

7214037.1

## CERTIFICATE OF SERVICE

      I, Daniel R. Sonneborn, counsel for Defendant eScreen, Inc., hereby certify that on this 15th day of September 2014, the foregoing *Stipulated Facts* was filed electronically through the ECF filing system and that copies of this pleading shall therefore be automatically delivered to all registered participants as identified on the Notice of Electronic Filing. I further certify that paper copies of the foregoing pleading shall be served on all individuals identified as non-registered participants.

                                        /s/ *Daniel R. Sonneborn*
                                        Daniel R. Sonneborn