UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIRLEY RICE CAMERON,<br><br>    PLAINTIFF<br><br>V.<br><br>ESCREEN, INC.,<br><br>    DEFENDANT | C.A. No. 1:12-cv-12149-IT |

## DEFENDANT'S LIST OF PROSPECTIVE WITNESSES

Defendant eScreen, Inc. ("eScreen") hereby submits the following list of prospective witnesses:

1. Plaintiff, Shirley Rice Cameron (fact witness)
   16 Balfour Street, Apartment #2
   Boston, MA 02125

2. Angela Moore (fact witness)
   eScreen, Inc.
   7500 W. 110th Street
   Overland Park, Kansas 66210

3. Cali Gee (fact witness)
   eScreen, Inc.
   7500 W. 110th Street
   Overland Park, Kansas 66210

The Defendant incorporates by reference the Witness List filed by the Plaintiff (ECF #73), and reserves the right to call any witnesses listed by Plaintiff which are not called by her.

1

Respectfully submitted,

ESCREEN, INC.,
by its attorneys,
/s/ *Daniel R. Sonneborn*
William C. Saturley, BBO #: 442800
wsaturley@preti.com
Daniel R. Sonneborn, BBO #: 679229
dsonneborn@preti.com
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
10 Post Office Square
Boston, MA 02109
(P): 617-226-3800

DATED: September 15, 2014

7212250.1

**CERTIFICATE OF SERVICE**

      I, Daniel R. Sonneborn, counsel for Defendant eScreen, Inc., hereby certify that on this 15th day of September 2014, the foregoing *DEFENDANT'S LIST OF PROSPECTIVE WITNESSES* was filed electronically through the ECF filing system and that copies of this pleading shall therefore be automatically delivered to all registered participants as identified on the Notice of Electronic Filing. I further certify that paper copies of the foregoing pleading shall be served on all individuals identified as non-registered participants.

                                                      /s/ *Daniel R. Sonneborn*
                                                      Daniel R. Sonneborn